CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)
)
            Plaintiff )
  vs )    Civil Action No._____
)
U.S. Department of the Treasury, )
Internal Revenue Service )
)
           Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Citizens for Responsibility and Ethics in Washington  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Citizens for Responsibility and Ethics in Washington  which have any outstanding securities in the hands of the public:

None

---

These representations are made in order that judges of this court may determine the need for recusal.

                                   Attorney of Record

                                   _____
                                   Signature

298190                                       ANNE L. WEISMANN
BAR IDENTIFICATION NO.           Print Name

                                       1400 Eye Street, N.W., Suite 450
                                       Address

                                       Washington, D.C. 20005
                                       City         State        Zip Code

                                       202-408-5565
                                       Phone Number