IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY & ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:07-cv-01035 RMU |
| UNITED STATES DEPARTMENT OF THE TREASURY | ) ) ) | |
| Defendants. | ) ) | |

ENTRY OF APPEARANCE

Please enter the appearance of Daniel J. Healy in the above-referenced case.


Date: July 10, 2007                         Respectfully submitted,



                                            /s/ Daniel J. Healy
                                            DANIEL J. HEALY #476233
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Ben Franklin Station
                                            Washington, D.C.  20044
                                            Telephone: (202) 305-3402
                                            Facsimile: (202) 514-6866


OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2604509.1

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 10, 2007 I electronically filed the foregoing Entry of Appearance

with the Clerk of the Court using the CM/ECF system, which completed service on

interested parties registered with the CM/ECF system for this case, including plaintiff's

counsel.


_____/s/ Daniel J. Healy_____
Daniel J. Healy

2604509.1