IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY & ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:07-cv-01035<br>)<br>)<br>)<br>)<br>) |

NOTICE OF RELEASE OF DOCUMENTS TO PLAINTIFF

PLEASE TAKE NOTICE that the defendant, through the Internal Revenue Service, is releasing to the plaintiff document numbers 00001-00168. The documents are being released and served on the plaintiff with a copy of this notice.

Date: July 10, 2007

    /s/ Daniel J. Healy
DANIEL J. HEALY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3402

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2603625.1