IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY & ETHICS IN WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:07-cv-01035 RMU<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, Citizens for Responsibility & Ethics in Washington and defendant, United States Department of the Treasury, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate and agree that this action be DISMISSED, with each party to bear its own costs, including attorney's fees.

Dated this ____ day of _____, at Washington, D.C.

_____
RICARDO M. URBINA
United States District Judge

2603669.1

Date: July 11, 2007

<div style="display: flex;">

 /s/ Anne L. Weisman
ANNE L. WEISMAN
Citizens for Responsibility &
 Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, DC 20005
Telephone: (202) 408-5565

 /s/ Daniel J. Healy
DANIEL J. HEALY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 305-3402

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

</div>