IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

FILED

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY & ETHICS IN WASHINGTON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil No. 1:07-cv-01035 RMU |
| UNITED STATES DEPARTMENT OF THE TREASURY ) ) ) ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Citizens for Responsibility & Ethics in Washington and defendant, United States Department of the Treasury, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate and agree that this action be DISMISSED, with each party to bear its own costs, including attorney's fees.

Dated this 17 day of August 2007, at Washington, D.C.

RICARDO M. URBINA
United States District Judge

2603669.1

Date: July 11, 2007

|  |  |
|---|---|
| /s/ Anne L. Weisman<br>ANNE L. WEISMAN<br>Citizens for Responsibility &<br>  Ethics in Washington<br>1400 Eye Street, N.W.<br>Suite 450<br>Washington, DC 20005<br>Telephone: (202) 408-5565 | /s/ Daniel J. Healy<br>DANIEL J. HEALY<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 227<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-3402<br><br>OF COUNSEL:<br>JEFFREY A. TAYLOR<br>United States Attorney |